AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00324 |
| Sara Carpenter (AKA: None) | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 03/18/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sara Carpenter,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 03/18/2021

2021.03.18
18:25:04 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.   Robin M. Meriweather U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/23/2021, and the person was arrested on *(date)* 3/25/2021
at *(city and state)* _____.

Date: 3/25/2021

*Arresting officer's signature*

DETECTIVE VINCENT S MANCO
*Printed name and title*