UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-CE-305 |
| | : | |
| **SARA CARPENTER,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING DISCOVERY CORRESPONDENCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its April 28, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        ACTING UNITED STATES ATTORNEY
                                        D.C. Bar No. 415793

By:    __/s/ *Katherine Nielesn*_____
           KATHERINE NIELSEN
           Trial Attorney, Detailee
           United States Attorney's Office
           District of Columbia
           D.C. Bar No. 491879
           555 4th Street, N.W.
           Washington, D.C. 20530
           Telephone: (202) 355-5736
           Email: Katherine.Nielsen@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 28th day of April, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                          /s/ *Katherine Nielsen*
                                          Katherine Nielsen
                                          Trial Attorney
                                          Detailee