```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------X

UNITED STATES OF AMERICA

              V.                          NOTICE OF APPEARANCE

SARA CARPENTER                            21-CR-305(JEB)

              Defendant.

----------------------------X
```

    PLEASE TAKE NOTICE that having been duly admitted to practice in the Eastern District of New York, I, Michelle A. Gelernt, Esq., of the Federal Defenders of New York, Inc., do hereby represent the defendant, SARA CARPENTER in the above captioned case.

```
Dated:    Brooklyn, NY
          May 24, 2021
                                  MICHELLE A. GELERNT, ESQ.
                                  Deputy Attorney-in-Charge
                                  Federal Defenders of NY, Inc.
                                  One Pierrepont Plaza,16th Fl.
                                  Brooklyn, NY 11241
                                  michelle_gelernt@fd.org
                                  (718) 330-1204
```