UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-cr-305-JEB |
| | : | |
| **SARA CARPENTER,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its May 27, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar No. 415793

By:    __/s/ *Katherine Nielesn*_____
        KATHERINE NIELSEN
        Trial Attorney, Detailee
        United States Attorney's Office
        District of Columbia
        D.C. Bar No. 491879
        555 4th Street, N.W.
        Washington, D.C.  20530
        Telephone: (202) 355-5736
        Email: Katherine.Nielsen@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 27th day of May, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                      /s/ *Katherine Nielsen*
                                                   Katherine Nielsen
                                                   Trial Attorney
                                                   Detailee