UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CASE NO. 21-cr-305-JEB |
| v. : | |
| : | |
| **SARA CARPENTER,** : | |
| : | |
| **Defendant.** : | |

### MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
### FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel consented to the motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              Acting United States Attorney
                              DC Bar No. 415793

By:     /s/ *Katherine Nielsen*
          KATHERINE NIELSEN
          Trial Attorney, Detailee
          United States Attorney's Office
          District of Columbia
          D.C. Bar No. 491879
          555 4th Street, N.W.
          Washington, D.C.  20530
          Telephone: (202) 355-5736
          Email: Katherine.Nielsen@usdoj.gov