# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No.: 21-CR-305-JEB |
| | : | |
| **SARA CARPENTER,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its June 30, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar No. 415793


By:  __/s/ *Katherine Nielesn*_____
     KATHERINE NIELSEN
     Trial Attorney, Detailee
     United States Attorney's Office
     District of Columbia
     D.C. Bar No. 491879
     555 4th Street, N.W.
     Washington, D.C.  20530
     Telephone: (202) 355-5736
     Email: Katherine.Nielsen@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of June, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                          __/s/ *Katherine Nielsen*__
                                                          Katherine Nielsen
                                                          Trial Attorney
                                                          Detailee