UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-CR-305-JEB |
| | : | |
| **SARA CARPENTER,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING DISCOVERY CORRESPONDENCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its July 20, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        ACTING UNITED STATES ATTORNEY
                                        D.C. Bar No. 415793

By:     __/s/ *Katherine Nielesn*_____
          KATHERINE NIELSEN
          Trial Attorney, Detailee
          United States Attorney's Office
          District of Columbia
          D.C. Bar No. 491879
          555 4th Street, N.W.
          Washington, D.C.  20530
          Telephone: (202) 355-5736
          Email: Katherine.Nielsen@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 26th day of July, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                       /s/ *Katherine Nielsen*
                                                       Katherine Nielsen
                                                       Trial Attorney
                                                       Detailee