UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-CR-305 (JEB) |
| : | |
| SARA CARPENTER, : | |
| : | |
| Defendant. : | |

# ORDER

Based upon the representations in the Defendant's Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendant is charged via superseding indictment with offenses related to the events that occurred at the United States Capitol on January 6, 2021.

Because of voluminous discovery already disclosed to the defendant, as well as a large volume of yet to be disclosed potential discovery materials, the requested continuance is necessary to allow a reasonable time for effective preparation by all parties.  Further, a continuance is necessary to allow the parties to continue to engage in plea negotiation without the necessity of preparing for trial. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is this _____ day of _____, 2021,

**ORDERED** that the Defendant's Consent Motion to Continue and to Exclude Time

Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2021, at _____ _____; and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE