**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.: 21-CR-305 (JEB)** |
| **SARA CARPENTER,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

<u>**NOTICE OF APPEARANCE**</u>

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby informs the Court that Assistant United States Attorney Christopher M.

Cook is entering his appearance in the above-captioned matter as counsel for the United States.


Respectfully submitted,


DATED:  June 17, 2022                     MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 481052


                        By:     *Christopher M. Cook*
                                CHRISTOPHER M. COOK
                                Assistant United States Attorney - Detailee
                                KS Bar Number 23860
                                United States Attorney's Office
                                601 D Street, N.W.
                                Washington, D.C. 20530
                                Telephone: 412-327-3487
                                Email: Christopher.cook5@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

On this 17th day of June, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Christopher M. Cook*
CHRISTOPHER M. COOK
Assistant United States Attorney