```
 1                     UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2     ---------------------------X

 3     UNITED STATES OF AMERICA

 4                  v.                Criminal Case 21-305-JEB

 5     SARA CARPENTER,

 6             Defendant

 7     ---------------------------X
                                        Washington, D.C
 8                                      Wednesday, March 2, 2022
                                        10:30 a.m.
 9
                   TRANSCRIPT OF A STATUS CONFERENCE
10            BEFORE THE HONORABLE JAMES E. BOASBERG
                  UNITED STATES DISTRICT JUDGE
11     APPEARANCES:

12     For the Government: Katherine Nielsen, AUSA
                           DOJ-CRM, Fraud Section
13                         1400 New York Ave., NW
                           Washington, DC 20530
14                         (202) 355-5736

15     For the Defendant:  Michelle Gelernt, AFPD
                           FEDERAL DEFENDERS OF NY
16                         One Pierrepont Plaza
                           16th Floor
17                         Brooklyn, NY 11201
                           (718) 330-1204
18

19

20

21

22

23     Court Reporter      Lisa Walker Griffith, RPR
                           U.S. District Courthouse, Room 6507
24                         Washington, D.C.  20001
                           (202) 354-3247
25
```

**P R O C E E D I N G S**

1
2    THE COURTROOM DEPUTY: We're here for a status
3 hearing in Criminal Case 21-305, United States versus Sara
4 Carpenter.
5    Counsel, please state your names for the record,
6 starting with the government.
7    MS. NIELSEN: Katherine Nielsen for the government.
8 Thank you.
9    THE COURT: Thank you.
10    MS. GELLERNT: Good morning, Federal Defender
11 Michelle Gelernt for Ms. Carpenter who is also joining us via
12 zoom.
13    THE COURT: Thank you.
14    Ms. Carpenter, can you see and hear okay?
15    THE DEFENDANT: I can.
16    THE COURT: Thank you so much.
17    Good morning, all.
18    Ms. Nielsen, what is the latest?
19    MS. NIELSEN: So Your Honor, since our last status
20 hearing, the government has provided several tranches of
21 additional production including five additional tranches of
22 global discovery in this case as you can see it described in
23 ECF 38-41 regarding status of discovery.
24    We have also engaged in plea negotiations with the
25 defendant. The government had extended formal plea offers to

1    the defense.  However, after negotiation, the defendant has
2    rejected the offers of the government.  So at this point, I
3    think we would like to ask the Court to set a trial date in
4    this case.
5         THE COURT:  Okay.
6         Ms. Gelernt, do you agree?
7         MS. GELLERNT:  Yes, Your Honor.  I'm not certain
8    what the Court's trial schedule is looking like.  I know
9    there are, I guess the estimate is about 500 of these cases
10   still pending.  I'm sure the D.C. Court is somewhat like our
11   court, there is a lot of back up in the trial schedule.
12        We would ask if possible that it be no sooner than
13   October in terms of trial, just in terms of my other
14   obligations and the fact that it would require me to be down
15   in D.C. for that time period.  And then set a motions
16   schedule back from that date.
17        THE COURT:  So I actually, because I don't set
18   things until they are really ready to go, I actually could
19   set it considerably earlier.  But I'm also happy to accede to
20   the wishes of both sides if you folks don't want to do it
21   until then.
22        Ms. Nielsen, is that your desire as well?
23        MS. NIELSEN:  The government is ready to go to trial
24   whenever the Court sets.
25        THE COURT:  So here is my only problem, Ms. Gelernt.

1   I start a six week trial on, non January 6 trial on September
2   19th.  So that takes me to the end of October.  So I could
3   actually do this in July would be easy for me.  I could do it
4   the end of June, last week of June, any time in July.  Again,
5   Ms. Gelernt, I'm sure you have a full plate yourself.  But is
6   that doable for you?
7            MS. GELLERNT:  I think it would be somewhat
8   difficult.  I have an early May trial scheduled in my
9   district, then other obligations.  And I know there are
10  certain difficulties in terms of Ms. Carpenter's personal
11  situation.  And we would not oppose going after the six week
12  trial.
13           I think the government has articulated the
14  voluminous discovery that they have provided to us.  And
15  given the circumstances, I would rather not rush to squeeze
16  it in earlier.  And while the government has indicated
17  they're ready to try the case, I don't know that they would
18  strongly oppose setting it down.  I think going after your
19  October trial, Judge, or late September trial, would make it
20  more likely that we wouldn't run into any sort of problems
21  that would cause a delay.
22           THE COURT:  Okay.
23           Ms. Nielsen, does that accurately describe your
24  position?
25           MS. NIELSEN:  Your Honor, the government wouldn't

1    oppose the request from the defense.
2              THE COURT:  Okay.  November 7th, Ms. Gelernt.
3              MS. GELLERNT:  That should be fine, Your Honor.
4              THE COURT:  Ms. Nielsen?
5              MS. NIELSEN:  That's fine for the government, Your
6    Honor.
7              THE COURT:  I trust we're not thinking more than a
8    week.  Again, it would be interesting to see how all these
9    trials play out.  But Ms. Nielsen, more than a week for this?
10             MS. NIELSEN:  I would think that a week is probably
11   accurate, Your Honor.  Since we're doing the first trial
12   right now and I think it all depends on how long it takes to
13   choose a jury and whether or not the defense has a case, I
14   think a week.
15             THE COURT:  I pick a jury pretty quickly.  So again,
16   Ms. Gelernt, you may not know at this point the length of
17   your case.  But does that sound reasonable to you?
18             MS. GELLERNT:  I think it does, Your Honor.
19             THE COURT:  Okay.  All right.  So I will set trial
20   for November 7th.  Any objection to excluding the time
21   between today and that date under the Speedy Trial Act,
22   Ms. Gelernt?
23             MS. GELLERNT:  No, Your Honor.
24             THE COURT:  I will do so given that the trial date
25   being set off considerably is at the request of the defense.

1      So I do find it's in the interest of justice to exclude time
2      from today to November 7.
3               Motions, again, there is no rush here.  Are you
4      expecting, Ms. Gelernt, motions that would require
5      evidentiary hearing?  In other words, motions to suppress.
6               MS. GELLERNT:  Your Honor, possibly.  But I can't
7      say for certain right now.
8               THE COURT:  Okay.  No problem.  I'm not going to set
9      a motions hearing date then.  I'll just set a motions date,
10     if there turns out there are motions that require hearings,
11     I'll set them then.
12              How about August 1 for any motions?
13              MS. GELLERNT:  That works, Your Honor.
14              THE COURT:  Ms. Nielsen?
15              MS. NIELSEN:  Fine for the government, Your Honor.
16              THE COURT:  August 22 for oppositions, and September
17     6 for replies, Ms. Gelernt, that okay.
18              MS. GELLERNT:  That works, thank you, Judge.
19              THE COURT:  Ms. Nielsen?
20              MS. NIELSEN:  Yes, Your Honor.  That's fine.
21              THE COURT:  Okay.
22              All right then, anything else that anybody wants to
23     discuss today, Ms. Nielsen?
24              MS. NIELSEN:  Nothing from the government, Your
25     Honor, thank you.

1       THE COURT:  Although, I just ask you to do this,
2  just so we have it on the record.  If you would be so kind as
3  to state the, just very briefly, the plea, the latest plea
4  that you've offered that has been rejected?
5       MS. NIELSEN:  Your Honor, the government, latest
6  plea offer that the government offered was a plea to one
7  count of the charge of 231, obstruction of an officer, which
8  Ms. Carpenter has rejected.
9       THE COURT:  Okay.  Any sentencing cap or other
10 salient term?
11      MS. NIELSEN:  No, there was no sentencing cap.  If
12 the judge will give me a moment, I can pull up the points if
13 you would like to have a more specific--
14      THE COURT:  No, that's fine.  I think that -- the
15 plea to that one count, dismiss the others, no sentencing
16 cap.
17      MS. NIELSEN:  Correct, Your Honor.
18      THE COURT:  Okay.
19      Ms. Gelernt, you believe that's the offer that has
20 been rejected?
21      MS. GELLERNT:  That's correct, Your Honor.  I don't
22 know how much into the weeds the Court wants to get about
23 this but there were certain questions about the guidelines in
24 terms of the defendant having to stipulate to the guidelines
25 and the government having a carve-out so that it could ask

1   for a terrorism enhancement if it felt it was necessary,
2   which would essentially make the guidelines the maximum
3   sentence.
4           THE COURT:  All right.  Thank you.
5           Ms. Gelernt, anything else that you wish to raise
6   this morning?
7           MS. GELLERNT:  No, Your Honor, thank you.
8           THE COURT:  All right.  Thank you, everyone.  After
9   I've gotten the motions, if there is a hearing necessary, I
10  can set it then, although if it is not a hearing necessary, I
11  wouldn't set it.
12          THE COURTROOM DEPUTY:  Judge, do you want to set a
13  pretrial date?
14          THE COURT:  So I think, Nicole you are wise to bring
15  that up.  Why don't we go ahead and set a pretrial.  I'm not
16  sitting on Fridays during the trial since I'll do other
17  matters.  So we can do this Friday, October --
18          Ms. Nielsen, could you do the 2st at 11:00?
19          MS. NIELSEN:  Yes, Your Honor.
20          THE COURT:  Ms. Gelernt?
21          MS. GELLERNT:  That works.  Just for clarification,
22  will that be in person or by video?
23          THE COURT:  Let's talk in advance.  If everyone is
24  okay, especially since you are out of town, I think that's
25  probably still going to be fine.

1          MS. GELLERNT:  Thank you, Judge.

2          THE COURT:  All right.  I'm hoping we're not going

3   to have COVID restrictions then.  If we still do, you might

4   want to come down just to check out the contours of the

5   courtroom and we've got a bunch of plexiglass and some other

6   ways we've been spacing people.  So if we are in that mode,

7   which I surely hope we're not, Ms. Gelernt, it might be worth

8   your while to come inspect that.

9          MS. GELLERNT:  Yes, Your Honor.

10         THE COURT:  Okay.  Thank you, everyone.

11         Ms. Carpenter, we'll see you in the fall and I'll

12  look forward to hearing from counsel if there are any other

13  issues.

14         Ms. Carpenter, you've been compliant with your

15  conditions of release heretofore, so you need to remain

16  compliant through the date of the trial.  Do you understand

17  that?

18         THE DEFENDANT:  I understand.

19         THE COURT:  Okay.  Thank you all.  Talk to you soon.

20         (Whereupon, at 10:43 a.m., the hearing adjourned.)

21

22

23

24

25

CERTIFICATE OF REPORTER

              I, Lisa Walker Griffith, certify that the foregoing is a correct transcript from the record of the remotely reported proceedings in the above-entitled matter, and is subject to the technological limitations of court reporting remotely, including signal interference and other restrictions.

_____  7-21-22
Lisa Walker Griffith, RPR                      Date