```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------X

UNITED STATES OF AMERICA

              V.                        NOTICE OF APPEARANCE

SARA CARPENTER                          21-CR-305(JEB)

              Defendant.

----------------------------X
```

    PLEASE TAKE NOTICE that having been duly admitted to practice in the Eastern District of New York, I, Kannan Sundaram, Esq., of the Federal Defenders of New York, Inc., do hereby represent the defendant, SARA CARPENTER in the above captioned case.

```
Dated:    Brooklyn, NY
          November 23, 2022
                                KANNAN SUNDARAM, ESQ.
                                Staff Attorney
                                Federal Defenders of NY, Inc.
                                One Pierrepont Plaza,16th Fl.
                                Brooklyn, NY 11201
                                kannan_sundaram@fd.org
                                (718) 330-1203
```