UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-305 (JEB) |
| | : | |
| **SARA CARPENTER,** | : | |
| | : | |
| **Defendant.** | : | |

**DEFENDANT'S CONSENT MOTION TO EXTEND
DEADLINE FOR MOTIONS IN LIMINE**

The defendant hereby moves this Court to extend the deadline for the parties' motions in limine by one week. On November 28, 2022, the Court tolled the Speedy Trial Clock through March 6, 2023 in the interest of justice.

On November 28, 2022, the parties appeared before the Court via video teleconference. The Court set a jury trial date of March 6, 2023. The Court initially set a pretrial motion schedule as follows: motions in limine due December 22, 2022; response in opposition due January 13, 2023; reply, if any, to be filed by January 23, 2022. At the request of the government with the defendant's consent, the Court adjusted the motion schedule and extended the deadline for the responses to January 20. 2023 and the deadline for any replies to January 30, 2023. However, the Court did not adjust the deadline for the initial motions. The Court scheduled a pretrial conference for February 10, 2023, at 11:00 a.m. In light of the extension of the deadlines for the response and reply briefs, we respectfully request that the Court likewise extend the deadline for the motions in limine for one week, to December 29, 2023. We have consulted with government counsel, and they consent to this request. The requested delay will not affect the overall briefing schedule or the trial date.

Respectfully submitted,

By:       /s/ *Michelle A. Gelernt*
      Michelle A. Gelernt
      Deputy Attorney-in-Charge
      Federal Defenders of New York
      Brooklyn, NY 11201
      Telephone: (718) 330-1204
      Email: michelle_gelernt@fd.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-CR-305 (JEB)** |
| : | |
| **SARA CARPENTER,** : | |
| : | |
| **Defendant.** : | |

## **ORDER**

Based upon the representations in the Defendant's Consent Motion to Extend the deadline for the filings of motions in limine, the Court:

Therefore, it is this _____ day of _____, 2022,

**ORDERED** that the Defendant's Consent Motion to Extend the Deadline to file Motions in Limine is hereby GRANTED; it is further

**ORDERED** that the deadline to file motions in limine is extended to December 29, 2022.

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE