# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-CR-305 (JEB) |
| : | |
| **SARA CARPENTER,** : | |
| : | |
| Defendant. : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney (AUSA) Rebekah Lederer will appear, in the above captioned case, as co-counsel on behalf of the government. AUSA Christopher Cook remains counsel of record.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                DC Bar No. 481052

                                                Christopher Cook
                                                Assistant United States Attorney (Detailee)

By:    */s/ REBEKAH LEDERER*
         REBEKAH LEDERER
         Pennsylvania Bar No. 320922
         Assistant United States Attorney
         U.S Attorney's Office for District of Columbia
         601 D St. N.W, Washington, DC 20530
         Tel. No. (202) 252-7012
         Email: rebekah.lederer@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 21st day of December 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ REBEKAH LEDERER