UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARA CARPENTER,<br><br>    Defendant. | Crim. Action No. 21-305 (JEB) |

**SARA CARPENTER'S REPLY TO RESPONSE IN OPPOSITION TO MOTION TO DISMISS COUNTS**

On December 29, 2022, the defendant filed a motion to dismiss Counts One, Two, Three, Four, and Seven. The government filed its response on January 20, 2023, and any reply by the defendant is due by January 30, 2023. We write to notify the Court that the defendant relies on her initial briefing and will not be filing a reply.

Respectfully submitted,

By: /s/ _____

Michelle A. Gelernt
Deputy Attorney-in-Charge
Federal Defenders of New York
Brooklyn, NY 11201
Telephone: (718) 330-1204
Email: michelle_gelernt@fd.org

Kannan Sundaram
Assistant Federal Defender
Federal Defenders of New York
Brooklyn, NY 11201
Telephone: (718) 330-1203
Email: Kannan_sundaram@fd.org