## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                    Crim. Action No. 21-305 (JEB)

SARA CARPENTER,

                Defendant.

## SARA CARPENTER'S REPLY TO RESPONSE IN OPPOSITION TO MOTION TRANSFER OF VENUE

On December 29, 2023, the defendant filed a motion in limine for a transfer of venue. The government filed a response on January 20, 2023, and the defendant's reply is due by January 30, 2023. We write to notify the Court that the defendant relies on her initial briefing and will not be filing a reply.

Respectfully submitted,

By:   /s/ _____

      Michelle A. Gelernt
      Deputy Attorney-in-Charge
      Federal Defenders of New York
      Brooklyn, NY 11201
      Telephone: (718) 330-1204
      Email: michelle_gelernt@fd.org

      Kannan Sundaram
      Assistant Federal Defender
      Federal Defenders of New York
      Brooklyn, NY 11201
      Telephone: (718) 330-1203
      Email: Kannan_sundaram@fd.org