UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARA CARPENTER,<br><br>Defendant. | Criminal Action No. 21-305 (JEB) |

## ORDER

Defendant Sara Carpenter is charged with multiple counts for allegedly participating in the insurrection at the United States Capitol on January 6, 2021.  With trial looming, she now moves to dismiss several of those charges.  Defendant concedes that the arguments in her Motion "are identical to the ones raised and rejected in United States v. Dennis, 21-cr-679 (JEB), United States v. McHugh, 21-cr-453 (JDB), United States v. Andries, 21-cr-93 (RC), United States v. Puma, 21-cr-454 (PLF), and United States v. Bingert, 21-cr-91 (RCL), and are set forth to preserve the record."  ECF No. 57 (Motion to Dismiss) at 2.  For the reasons given in those cases, accordingly, the Court ORDERS that Defendant's [57] Motion to Dismiss is DENIED.

s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 31, 2023

1