UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARA CARPENTER,<br><br>Defendant. | Criminal Action No. 21-305 (JEB) |

**ORDER**

Defendant Sara Carpenter here moves for a change of venue, claiming that she cannot receive a fair and impartial trial in the District of Columbia. Defendant recognizes that her Motion is "largely similar to the motion this Court denied in United States v. Ballenger et al., 21-CR-719 (JEB)." ECF No. 58 (Venue Motion) at 1 n.1. Indeed, the Motion is in substance identical to the one that the Court denied in Ballenger. The only real difference is that Defendant here identifies more media coverage of January 6th than the defendant in Ballenger did. This Court again concludes, however, that such coverage has been "national, not local, in nature," and that a change of venue thus would be "of only doubtful value." United States v. Ballenger, No. 21-719, 2022 WL 16533872, at *4 (D.D.C. Oct. 28, 2022). For the reasons given in Ballenger, then, the Court ORDERS that Defendant's [58] Motion to Change Venue is DENIED.

s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 31, 2023