UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARA CARPENTER,<br><br>Defendant. | Criminal Action No. 21-305 (JEB) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Government's [55] Motion *in Limine* concerning Character Evidence is GRANTED;

2. The Government's [56] Motion *in Limine* concerning Entrapment by Estoppel is GRANTED IN PART and DENIED IN PART; and

3. Defendant's [59] Motion *in Limine* is DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  February 9, 2023