```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
                                        Criminal Action
               Plaintiff(s),            No. 21-00305 (JEB)
       v.
                                        Washington, D.C.
SARA CARPENTER,
                                        February 10, 2023
               Defendant(s).

------------------------------------------------------------

              PRETRIAL CONFERENCE HELD VIA ZOOM
           BEFORE THE HONORABLE JAMES E. BOASBERG
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S):   Christopher M. Cook, Esquire
                        United States Attorney's Office
                        Western District of Pennsylvania
                        700 Grant Street
                        Suite 4000
                        Pittsburgh, Pennsylvania 15219

                        Rebekah Lederer, Esquire
                        United States Attorney's Office
                        District of Columbia
                        601 D Street Northwest
                        Washington, D.C. 20530


FOR THE DEFENDANT(S):   Michelle Gelernt, Esquire
                        Kannan Sundaram, Esquire
                        Public Defender's Office
                        One Pierrepont Plaza
                        16th Floor
                        Brooklyn, New York 11201


REPORTED BY:            Tammy Nestor, RMR, CRR
                        Official Court Reporter
                        333 Constitution Avenue NW
                        Washington, D.C. 20001
                        tammy_nestor@dcd.uscourts.gov
```

```
 1  The following proceedings began at 9:32 a.m.:
 2          THE COURTROOM DEPUTY:  Your Honor, we are in Criminal
 3  Action 21-305, United States of America versus Sara Carpenter.
 4          If I could have counsel identify yourselves for the
 5  record starting with counsel for the government.
 6          MR. COOK:  Good morning, Your Honor.  Chris Cook and
 7  Rebekah Lederer on behalf of the United States.
 8          THE COURT:  Good morning.
 9          MS. GELERNT:  Good morning, Your Honor.  Federal
10  Defenders Michelle Gelernt and Kannan Sundaram for
11  Ms. Carpenter, who is also appearing via video.
12          THE COURT:  Good morning to you folks.
13          Ms. Carpenter, can you see and hear me okay?
14          THE DEFENDANT:  Yes.
15          THE COURT:  Good morning to you.
16          We are here today for pretrial, which for my
17  proceedings is usually pretty short, but I just want to go over
18  some logistics with everybody.
19          So trial is set for March 6.  Again, there have been a
20  lot of in-limine motions and other motions that I have now
21  ruled on.  I think we filed the last one yesterday.  So
22  government expect to be ready to proceed on March 6, Mr. Cook?
23          MR. COOK:  The government will be ready for trial,
24  Your Honor.
25          THE COURT:  Thank you.
```

```
 1                Ms. Gelernt?
 2                MS. GELERNT:  Yes, Your Honor.
 3                THE COURT:  Okay.  And so, Mr. Cook, what are we
 4    thinking, about three days or so?
 5                MR. COOK:  Yes, Your Honor.  I think the government's
 6    case in chief should be three days, maybe four, but I think
 7    three days is likely.
 8                THE COURT:  All right.  And so right now what we will
 9    probably do for jury selections, a few items.  One, I will send
10    out a proposed voir dire in the next week probably and give you
11    folks a week to file any additions or objections if you have
12    any.  Then we will probably do it in two rooms for COVID
13    purposes.
14                And the way I do voir dire is that I ask the parties a
15    series of questions.  They are all yes, no questions -- I'm
16    sorry, ask the venire.  And the members of the venire then will
17    write down the number of the question to which they have a yes
18    answer to, or questions.  And then I will bring every juror to
19    the bench, or in this case, if we have a separate room, have
20    them go to often the witness stand, and they can -- and that
21    way we've got some room for COVID and we are not all cramped
22    together.
23                But then I will ask them why they did or didn't answer
24    certain questions, ask everyone what they do for a living and
25    if they can be fair, and if they didn't answer any questions, I
```

1  ask them why that is, just to make sure that they understand
2  what's going on and don't have any cognitive issues or language
3  issues.  And I let you folks jump in and ask additional
4  follow-ups, but I conduct most of the voir dire myself.
5          And then I will talk to you a little bit about how you
6  make objections and that process once we get there.  I don't
7  think I need to go into that detail now.
8          But what we will do is we will, I assume, qualify 36,
9  and then we will use the strikes via the Arizona method, two
10 alternates, and so we will have 14 ultimately.  But again, I
11 will go over the exact specifics once we all show up on
12 the 6th.
13         Any general questions about that from the government?
14         MR. COOK:  No, Your Honor.  Thank you.
15         THE COURT:  Defense?
16         MS. GELERNT:  No, Your Honor.
17         MR. SUNDARAM:  I'm sorry, I have one question.
18         THE COURT:  Sure.
19         MR. SUNDARAM:  You mentioned that with respect to the
20 separate questioning of jurors who answered no to the first
21 line of questioning, would attorneys then be allowed to ask
22 questions or just propose questions that Your Honor would ask?
23         THE COURT:  (Inaudible) in other words, not questions
24 ultimately set on.  Those are the questions.  You may not ask
25 other independent questions if I haven't agreed that they will

1  be on the voir dire.
2          Okay.  Just so you folks know, I try to run a pretty
3  efficient courtroom, and I like to move things along.  So that
4  means if I say I am going to take a 10-minute recess, I take 10
5  minutes, not 20.  If I say (inaudible) after lunch at 2:00, you
6  folks need to be similarly punctual.
7          MS. GELERNT:  Your Honor, I'm sorry.  I apologize,
8  Judge.
9          THE COURT:  I do that largely as a courtesy to you
10 folks.  When I was a lawyer, I didn't appreciate sitting around
11 waiting for the judge to show up, so I don't make you wait.
12         But that also means that I expect you to have your
13 witnesses ready to go.  So don't tell me at 3:00 that, oh, you
14 thought that we weren't going to get through witnesses and you
15 don't really have anybody left until the morning.  So I expect
16 an hour or an hour and ten minutes for lunch usually around
17 12:30, but otherwise, I expect everyone to have their witnesses
18 ready to go.
19         So for exhibits, I would ask that the government --
20 I'm fine with you just submitting a binder of exhibits and
21 videos.  You don't need to give them to me in advance.  The
22 government can just give me a binder on the day of trial.  I
23 would ask you to get your exhibits to the defense.  Can you get
24 your exhibits to the defense a week before trial, Mr. Cook?
25         MR. COOK:  Yes, Your Honor.

1                THE COURT:  Okay.  And how about Jencks?

2                MR. COOK:  A week before trial for Jencks, Your Honor,
3    that should be fine.

4                THE COURT:  Okay.  The way I do jury instructions is
5    that near the end of the trial, I will give everyone a draft
6    proposed set of instructions, and then you will be able to
7    review those and be able to submit objections and proposed
8    additions, but I don't require that before trial.  And that
9    way, at the end of the evidence, we will be prepared to discuss
10   instructions.

11               I will also give you notice about when we expect to
12   close.  I won't spring anything on you in terms of scheduling.
13   I'll be telling you the day before, look, I expect the evidence
14   to be done at this time, I expect to have our instructions
15   conference at this time, and to close at this time.  But I try
16   to give you plenty of advanced notice on scheduling.

17               Otherwise, I don't require -- jurors won't be masked.
18   You may wear a mask, of course, if you wish, but otherwise,
19   trial -- and I think we are still -- bench conferences are
20   still via the closed circuit telephones.  There's a telephone
21   on everybody's table and then one on the bench.  So that's how
22   we do our bench conferences.  But otherwise, the trials are
23   going to run like they did preCOVID.

24               I'm sorry.  My courtroom deputy is letting me know the
25   connection is a little spotty.

```
 1              Is there anything that either side needs me to repeat
 2   or any questions, Mr. Cook?
 3              MR. COOK:  I think I got everything, Judge.  Thank
 4   you.
 5              THE COURT:  Ms. Gelernt?
 6              MS. GELERNT:  Just one follow-up.  In terms of the
 7   witness list for the government, would that also be a week
 8   before trial?
 9              THE COURT:  Mr. Cook, any objection to that?
10              MR. COOK:  No objection.
11              THE COURT:  Okay.  Yes, a week before trial.
12              MS. GELERNT:  Then I think the only other question I
13   had is I know some of the courts are assisting with subsistence
14   costs for the defendants in terms of hotel fees or things like
15   that, and I didn't know if that was something that the Court
16   would entertain or that we should file a written request about
17   or if Your Honor has already ruled on that in other cases
18   that --
19              THE COURT:  You were breaking up a little.  I think I
20   heard you ask about subsistence costs for the defendant.
21              MS. GELERNT:  Correct, Your Honor.
22              THE COURT:  I think, and I haven't had to deal with it
23   in trial yet, Ms. Gelernt, I think that transportation is paid
24   for to, but not from the district where trial is.  I have not
25   had a motion yet on subsistence.  If you don't mind filing a
```

```
 1   brief one, I will rule on that as soon as I can.
 2            MS. GELERNT:  Sure.  Thank you, Your Honor.
 3            THE COURT:  Other questions about courtroom logistics
 4   or about trial procedures otherwise, Mr. Cook?
 5            MR. COOK:  Your Honor, who should we get in touch with
 6   about -- just with technology in the courtroom and getting
 7   PowerPoints and things set up?
 8            THE COURT:  Right.  Good question.  So my courtroom
 9   deputy is Nicole Bell-Norwood.  I think she's out today.  I
10   assume she will be back next week.  So you can talk to her.
11   And you can even come into the courtroom before trial, meaning
12   in the days or week before trial, to try to do a dry run on
13   that.
14            I expect to be in trial the (inaudible).
15            (There was an interruption by the court reporter.)
16            THE COURT:  They can come in anytime in the next
17   couple of weeks would be best since I will be in trial the week
18   before their trial.
19            Thanks, Ms. Nestor.
20            Ms. Gelernt, what else for the defense?
21            MS. GELERNT:  I don't think we have anything else.
22   I'll check with my colleague.  And so the Court is not
23   anticipating having an in-person conference before the trial,
24   is that correct?
25            THE COURT:  No.  My expectation is this is the last
```

```
 1  time I see you until March 6.
 2          MS. GELERNT:  Okay.
 3          THE COURT:  Mr. Sundara, anything?
 4          MR. SUNDARAM:  No.  Thank you.
 5          THE COURT:  Great.  Thanks, everybody.  Look forward
 6  to seeing you all in a few weeks.  And if~anything changes in
 7  terms of where the case stands, you can let me know.  And if
 8  anybody has any other logistical questions, don't hesitate to
 9  call chambers.  Okay?
10          MS. GELERNT:  Thanks very much, Judge.
11          MR. COOK:  Thank you, Judge.
12          MR. SUNDARAM:  Thanks.  Have a good one.
13          THE COURT:  Have a nice weekend.
14          (The hearing concluded at 9:45 a.m.)
15                          - - -
```

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

Please note: This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of reporting remotely.

```
2/15/23                    s/ Tammy Nestor
                           Tammy Nestor, RMR, CRR
                           Official Court Reporter
                           333 Constitution Avenue NW
                           Washington, D.C. 20001
                           tammy_nestor@dcd.uscourts
```