IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 21-CR-305 (JEB) |
| ) | |
| SARA CARPENTER  ) | |

**ORDER**

Good cause having been shown, it is this _____ day of February 2023, ORDERED that pursuant to 18 U.S.C. § 4285, the U.S. Marshals Service is directed to furnish Sara Carpenter with an amount of money for subsistence expenses, specifically overnight housing, for the duration of trial beginning on March 6, 2023, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

THE COURT:

_____
THE HONORABLE JAMES E. BOASBERG
United States District Court Judge