IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 21-CR-305 (JEB) |
| ) | |
| SARA CARPENTER ) | |

**ORDER**

Good cause having been shown, it is this \_\_\_\_ day of February 2023, ORDERED that pursuant to 18 U.S.C. § 3006A(e)(1), the Federal Defenders of New York are to be reimbursed for the costs of Ms. Carpenter's lodging during the trial, specifically overnight housing, for the duration of trial beginning on March 6, 2023, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

THE COURT:

_____
THE HONORABLE JAMES E. BOASBERG
United States District Court Judge