UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

BROOKLYN DIVISION

———————

| | |
|---|---|
| UNITED STATES OF AMERICA | 09cr292 (JG) |
| VS. | |
| DAYANA MENDOZA | February 2nd, 2009 |

MOTION FOR TRAVEL EXPENSES

      COMES NOW, the defendant, Dayana Mendoza, by and through counsel J. Patten Brown, III and respectfully requests that this Honorable Court provide funds for travel and subsistence from San Francisco, California to the Eastern District of New York at Brooklyn for the trial set for February 16th, 2010 until its conclusion.

In support thereof, defendant states that:

1. The above matter is currently set for trial on February 16th, 2010 in Brooklyn, New York.

2. Undersigned has been appointed to represent her pursuant to her having been declared indigent under the provisions of the Criminal Justice Act.

3. In addition thereto, Miss Mendoza is currently unemployed and is a single mother who receives little or no child support and thus lacks the financial means to transport herself to and subsist in the Eastern District of New York.

4. Therefore, undersigned respectfully requests the Court Order the United States Marshall's Service to provide non custodial transportation and subsistence from San

Francisco, California to Brooklyn, New York not to exceed the per diem allowance set forth in 5 U.S.C. §5702(a) and return. This is authorized by 18 U.S.C. §4285.

Wherefore, Miss Mendoza respectfully requests that this Honorable Court declare her indigent for the purpose of providing funds for travel and subsistence to the Eastern District of New York, and further respectfully requests that this Honorable Court order the United States Marshal's Service to provide said funds and/or transportation ticket(s) so that Defendant shall appear for trial until it's conclusion in Brooklyn, New York.

THE DEFENDANT

DAYANA MENDOZA

*/s/J. Patten Brown, III*

J. PATTEN BROWN, III, ESQ.

Law Offices of Pat Brown
110 Wall Street, 11th Floor
New York, NY 10005

45 Wintonbury Avenue, Suite 107
Bloomfield, CT 06002
NY: (212) 709-8295
CT: (860) 242-2600
fax: (860) 249-9028
jpb@patbrownlaw.com
NY Reg. No. 4607891
Ct Fed Bar No. ct27633
TN BPR No. 021970
La. Bar Roll No. 21503

## CERTIFICATION

      I hereby certify that on this 2nd day of February, 2010, a copy of the foregoing Motion to Travelwas filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

                                       /s/ *J. Patten Brown, III*
                                       J. PATTEN BROWN, III