CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

**USA**

vs.

**SARA CARPENTER**

Civil/Criminal No.: __21CR305-JEB__

## NOTE FROM JURY

With respect to Count 2: can we have "dishonestly" defined?

Date: ~~~~~~~ 03/09/2023

Time: 4:03 PM

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**USA**

vs.

**SARA CARPENTER**

Civil/Criminal No.: __21CR305-JEB__

## NOTE FROM JURY

We have a verdict on all seven counts.

Date: 03/09/2023

Time: 4:37 PM