# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

SARA CARPENTER,

Defendant.

Criminal Action No. 21-305 (JEB)

## VERDICT FORM

Count I
How do you find the Defendant on the charge of Civil Disorder?

   ✓    Guilty         Not Guilty

Count II
How do you find the Defendant on the charge of Obstruction of an Official Proceeding?

   ✓    Guilty         Not Guilty

Count III
How do you find the Defendant on the charge of Entering or Remaining in a Restricted Building or Grounds?

   ✓    Guilty         Not Guilty

Count IV
How do you find the Defendant on the charge of Disorderly or Disruptive Conduct in a Restricted Building or Grounds?

   ✓    Guilty         Not Guilty

Count V
How do you find the Defendant on the charge of Disorderly Conduct in a Capitol Building?

   ✓    Guilty         Not Guilty

Count VI
How do you find the Defendant on the charge of Impeding Passage Through the Capitol Grounds or Buildings?

___✓___ Guilty   _____ Not Guilty

Count VII
How do you find the Defendant on the charge of Parading, Demonstrating, or Picketing in a Capitol Building?

___✓___ Guilty   _____ Not Guilty