UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-CR-305 (JEB) |
| : | |
| SARA CARPENTER, : | |
| : | |
| Defendant. : | |

## ORDER

Based upon the representations in the Defendant's motion for to relieve counsel, appoint substitute counsel and hold the deadlines to file objections to the draft Presentence Report ("PSR") and sentencing memoranda, in abeyance and upon consideration of the entire record, the Court makes the following findings:

Due to defense counsels' unresolvable conflict with Ms. Carpenter the Court will appoint new counsel pursuant to the Criminal Justice Act and hold deadlines for objections to the PSR and sentencing submissions in abeyance until such time as new counsel has had an opportunity to meet with Ms. Carpenter, and confer with the government to propose a briefing schedule

5

Therefore, it is this ___13th___ day of ___July___, 2023,

**ORDERED** that the Defendant's Motion for an Order to be Relieved and Hold Deadlines to File Objections to the Presentence Report, and Sentencing Submissions is hereby GRANTED.

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE