# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Cr. No. 21-cr-305 (JEB) |
| : | |
| **SARA CARPENTER,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Upon consideration of the defendant's unopposed Motion to Continue the Sentencing Hearing, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED;

It is further ORDERED that the Sentencing Hearing in this matter shall be held on December 19, 2023 at _____; Objections to the Pre-Sentence Report shall be filed by November 17, 2023, and Sentencing Memoranda shall be filed by December 12, 2023.

_____
James E. Boasberg
Chief Judge