UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARA CARPENTER,<br><br>          Defendant. | Crim. Action No. 1:21CR305 |

**DEFENDANT SARA CARPENTER'S SUPLEMENT TO CORRECTIONS AND OBJECTIONS TO THE PRE-SENTENCE REPORT**

Sara Carpenter, through counsel, hereby submits this supplement to her Corrections and Objections to the Pre-Sentence Report (PSR), ECF. No. 109.

As noted in the PSR, Ms. Carpenter has no criminal history. Therefore, under the recently enacted Guidelines, she is eligible for a 2-level decrease to her offense level. *See* USSG § 4.C1.1(Adjustment for Zero Point Offenders.).

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Elizabeth_Mullin@fd.org