**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARA CARPENTER,<br><br>Defendant. | Crim. Action No. 1:21CR305 |

**MOTION TO STAY SENTENCING HEARING PENDING SUPREME
COURT'S RESOLUTION OF *FISCHER v. UNITED STATES***

Sara Carpenter, through counsel, respectfully moves this Court to vacate the presently scheduled sentencing hearing of December 19, 2023, and stay the sentencing the hearing until after the Supreme Court resolves *Fischer v. United States*, 64 F.4d 329 (D.C. Cir. 2023), which reversed a district court opinion holding that the actions of January 6 defendants do not qualify as conduct that fall within Section 1512(c)(2).

This morning the Supreme Court granted certiorari in *Fischer v. United States*.[1] Resolution of *Fischer* directly implicates the lead felony count for which Ms. Carpenter will be sentenced.[2] Therefore, in the interests of judicial economy, Ms. Carpenter moves the Court to stay sentencing until the Supreme Court has resolved

---

[1] Counsel learned of this development a few moments after filing the defense Position on Sentencing.

[2] Ms. Carpenter filed a motion to dismiss the obstruction count, ECF. No. 57. The record is preserved for appeal.

the issues raised in *Fischer*.  Ms. Carpenter has been compliant with her conditions of release throughout the pendency of this case.

For the reasons herein and any others that appear to this Court, Ms. Carpenter moves the Court to stay her sentencing hearing until *Fischer* is resolved.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Elizabeth_Mullin@fd.org