# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARA CARPENTER,<br><br>          Defendant. | Crim. Action No. 1:21CR305 |

## ORDER

Upon consideration of the defendant's Motion to Stay the Sentencing Hearing pending Supreme Court's resolution of *Fischer v. United States*, it is hereby ORDERED that the Motion is GRANTED and the Sentencing Hearing STAYED until further notice of the Court.

_____
James E. Boasberg
Chief Judge