UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No.: 21-CR-305 (JEB) |
| SARA CARPENTER, | : |
| Defendant. | : |

# NOTICE OF APPEAL

**Name and address of appellant:**  Sara Carpenter

**Name and address of appellant's attorney:**  Elizabeth Mullin
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:** 18 U.S.C. §§ 231(a)(3) & 2: Civil Disorder and Aiding and Abetting
18 U.S.C. §§ 1512(c)(2) & (2): Obstruction of an Official Proceeding
18 U.S.C. §§ 1752 (a)(1) & (a)(2): Temporary Residence of the President (2 counts)
40 U.S.C. §§§ 5104 (e)(2)(D), (e)(2)(E) & (e)(2)(G): Violent Entry (3 counts)

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (12/19/23): The defendant is sentenced to 22 months incarceration, a 24 month term of supervised release, special assessment of $280.00, and restitution in the amount of $2,000.00.

**Name and institution where now confined, if not on bail:**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| <u>December 27, 2023</u> | <u>Sara Carpenter</u> |
| DATE | APPELLANT |
| | |
| CJA, NO FEE     <u>FPD</u> | <u>A. J. Kramer</u> |
| PAID USDC FEE  <u>NO</u> | FEDERAL PUBLIC DEFENDER |
| PAID USCA FEE  <u>NO</u> | ATTORNEY FOR APPELLANT |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No