APPEAL,CAP,CAT A,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00305−JEB</u>−1

Case title: USA v. CARPENTER

Magistrate judge case number:  1:21−mj−00324−RMM

Date Filed: 04/15/2021

Assigned to: Chief Judge James E. Boasberg

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **SARA CARPENTER** | represented by | **Elizabeth Ann Mullin** |

FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA
625 Indiana Ave,NW
Suite 500
Washington, DC 20004
(202) 208−7500
Fax: (202) 208−7515
Email: elizabeth_mullin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Michelle Gelernt**
FEDERAL DEFENDERS OF NY
One Pierrepont Plaza
16th Floor
Brooklyn, NY 11201
718−330−1204
Email: michelle_gelernt@fd.org
*TERMINATED: 07/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Kannan Sundaram**
FEDERAL DEFENDERS OF NEW YORK
One Pierrepont Plaza
Suite 16th Floor
Brooklyn, NY 11201
718−330−1203
Fax: 718−855−0760

Email: kannan_sundaram@fd.org
*TERMINATED: 07/13/2023*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building (1) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:231(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting (1s) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:231(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting (1ss) | 12/19/2023–Defendant sentenced to twenty–two (22) months incarceration to run concurrent with counts 2ss–7ss, followed by a twenty–four (24) month term of Supervised Release to run concurrent with counts 2ss, 3ss–4ss, a $100 Special Assessment, and Restitution in the amount of $2000.....GUILTY VERDICT RENDERED. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building (2) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2s) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2ss) | 12/19/2023–Defendant sentenced to twenty–two (22) months incarceration to run concurrent with counts 1ss,3ss–7ss, followed by a twenty–four (24) month term of Supervised Release to run concurrent with counts 1ss, 3ss–4ss, a $100 Special Assessment, and Restitution in the amount of $2000.....GUILTY VERDICT RENDERED. |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Violent Entry and | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |

Disorderly Conduct in a Capitol
Building
(3)

18:1752(a)(1); TEMPORARY
RESIDENCE OF THE
PRESIDENT; Entering and
Remaining in a Restricted
Building or Grounds
(3s)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

18:1752(a)(1); TEMPORARY
RESIDENCE OF THE
PRESIDENT; Entering and
Remaining in a Restricted
Building or Grounds
(3ss)

12/19/2023–Defendant sentenced to twelve (12)
months incarceration to run concurrent with counts
1ss–2ss, 4ss–7ss, followed by a twelve (12) months
term of Supervised Release to run concurrent with
count 1ss–2ss,4ss, a $25 Special Assessment, and
Restitution in the amount of $2000.....GUILTY
VERDICT RENDERED.

40:5104(e)(2)(G); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Parading,
Demonstrating, or Picketing in a
Capitol Building
(4)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

18:1752(a)(2); TEMPORARY
RESIDENCE OF THE
PRESIDENT; Disorderly and
Disruptive Conduct in a Restricted
Building or Grounds
(4s)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

18:1752(a)(2); TEMPORARY
RESIDENCE OF THE
PRESIDENT; Disorderly and
Disruptive Conduct in a Restricted
Building or Grounds
(4ss)

12/19/2023–Defendant sentenced to twelve (12)
months incarceration to run concurrent with counts
1ss–3ss, 5ss–7ss, followed by a twelve (12) month
term of Supervised Release to run concurrent with
counts 1ss–2ss,3ss, a $25 Special Assessment, and
Restitution in the amount of $2000..... GUILTY
VERDICT RENDERED.

40:5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Disorderly Conduct
in a Capitol Building
(5s)

DISMISSED ON ORAL MOTION BY THE
GOVERNMENT.

40:5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Disorderly Conduct
in a Capitol Building
(5ss)

12/19/2023–Defendant sentenced to six (6) months
incarceration to run concurrent with counts 1ss–4ss,
6ss–7ss, a $10 Special Assessment, and Restitution
in the amount of $2000..... GUILTY VERDICT
RENDERED.

| | |
|---|---|
| 40:5104(e)(2)(E); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Impeding Passage Through the Capitol Grounds or Buildings (6s) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 40:5104(e)(2)(E); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Impeding Passage Through the Capitol Grounds or Buildings (6ss) | 12/19/2023–Defendant sentenced to six (6) months incarceration to run concurrent with counts 1ss–5ss, 7ss, a $10 Special Assessment, and Restitution in the amount of $2000..... GUILTY VERDICT RENDERED. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (7s) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (7ss) | 12/19/2023–Defendant sentenced to six (6) months incarceration to run concurrent with counts 1ss–6ss, a $10 Special Assessment, and Restitution in the amount of $2000..... 3/9/2023–GUILTY VERDICT RENDERED. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2) and 40:5104(e)(2) | |

**Plaintiff**

**USA**                                    represented by   **Christopher Matthew Cook**
DOJ–USAO
Western District of Pennsylvania
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
412–894–7566
Email: christopher.cook5@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Katherine Nielsen**
DOJ–CRM
Fraud Section
1400 New York Ave., NW
Washington, DC 20530
202–355–5736
Email: katherine.nielsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Rebekah Lederer**
USAO
Criminal
601 D Street NW
Washington, DC 20001
202–252–7012
Email: rebekah.lederer@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2021 | 1 | SEALED COMPLAINT as to SARA CARPENTER (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21–mj–00324–RMM] (Entered: 03/19/2021) |
| 03/18/2021 | 3 | MOTION to Seal Case by USA as to SARA CARPENTER. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21–mj–00324–RMM] (Entered: 03/19/2021) |
| 03/18/2021 | 4 | ORDER granting 3 Motion to Seal Case as to SARA CARPENTER (1). Signed by Magistrate Judge Robin M. Meriweather on 03/18/2021. (zstd) [1:21–mj–00324–RMM] (Entered: 03/19/2021) |
| 03/23/2021 | 5 | Arrest Warrant Returned Executed on 3/23/2021 in Jamaica, NY as to SARA CARPENTER. (bb) [1:21–mj–00324–RMM] (Entered: 03/29/2021) |
| 03/23/2021 |  | Case unsealed as to SARA CARPENTER (bb) [1:21–mj–00324–RMM] (Entered: 03/29/2021) |
| 03/23/2021 | 6 | Rule 5(c)(3) Documents Received as to SARA CARPENTER from U.S. District Court for the Eastern District of New York (Brooklyn) Case Number 1:21–mj–355–SJB (zltp) Modified on 3/31/2021 (zltp). [1:21–mj–00324–RMM] |

| | | |
|---|---|---|
| | | (Entered: 03/31/2021) |
| 03/23/2021 | | Arrest of SARA CARPENTER in U.S. District Court for the Eastern District of New York (Brooklyn). (zltp) [1:21–mj–00324–RMM] (Entered: 03/31/2021) |
| 03/29/2021 | | ORAL MOTION to Appoint Counsel by SARA CARPENTER. (ztl) (Entered: 04/27/2021) |
| 03/29/2021 | | ORAL MOTION for Speedy Trial by USA as to SARA CARPENTER. (ztl) (Entered: 04/27/2021) |
| 03/29/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance as to SARA CARPENTER held on 3/29/2021. Defendant present by video. Due Process Order given to the Government. Oral Motion to Appoint Counsel by SARA CARPENTER (1); heard and granted. Defendant placed on Standard Conditions of Release. Oral Motion by the Government for Speedy Trial as to SARA CARPENTER (1); heard and granted. Defense agreed. Speedy Trial Excluded from 3/29/2021 to 5/27/2021 in the Interest of Justice (XT). Defendant waives Preliminary Hearing. Status Hearing set for 5/27/2021 at 1:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Michelle Galernt; US Attorney: Jacob Steiner for Katherine Nielsen; Pretrial Officer: Andre Sidbury. (ztl) (Entered: 04/27/2021) |
| 03/29/2021 | 11 | ORDER Setting Conditions of Release as to SARA CARPENTER (1) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 3/29/2021. (ztl) (Entered: 04/27/2021) |
| 04/15/2021 | 9 | INFORMATION as to SARA CARPENTER (1) count(s) 1, 2, 3, 4. (zstd) (Entered: 04/19/2021) |
| 04/23/2021 | | MINUTE ORDER as to SARA CARPENTER (1): Pursuant to the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. So ORDERED by Judge James E. Boasberg on 4/23/2021. (nbn) (Entered: 04/23/2021) |
| 04/23/2021 | | MINUTE ORDER as to SARA CARPENTER (1): The Court ORDERS a Arraignment/Status Conference is set for 4/29/2021 at 2:00 PM before Judge James E. Boasberg. The hearing will proceed by video conference for the parties and by telephone for members of the public. Pursuant to Standing Order 20–20 (BAH), the Court will provide public access to the hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20–20 (BAH), available on the Court's website. Toll Free Number: 866–434–5269; Access Code: 2989848. So ORDERED by Judge James E. Boasberg on 4/23/2021. (nbn) (Entered: 04/23/2021) |
| 04/27/2021 | 12 | Unopposed MOTION for Protective Order by USA as to SARA CARPENTER. (Nielsen, Katherine) (Entered: 04/27/2021) |
| 04/28/2021 | 13 | Unopposed MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to SARA CARPENTER. (Attachments: # 1 Text of Proposed |

| | | |
|---|---|---|
| | | Order)(Nielsen, Katherine) (Entered: 04/28/2021) |
| 04/28/2021 | 14 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to SARA CARPENTER. (See docket entry 13 to view document). (zstd) (Entered: 04/28/2021) |
| 04/28/2021 | 15 | NOTICE of Discovery Correspondence by USA as to SARA CARPENTER (Attachments: # 1 Exhibit Discovery Letter)(Nielsen, Katherine) (Entered: 04/28/2021) |
| 04/28/2021 | | MINUTE ORDER as to SARA CARPENTER (1) : The Court ORDERS that the Government's 13 Motion to Continue is DENIED inasmuch as the Court believes the status hearing should go forward as scheduled. It will address the speedy–trial issues at the hearing. So ORDERED by Judge James E. Boasberg on 4/28/2021. (nbn) (Entered: 04/28/2021) |
| 04/29/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Arraignment as to SARA CARPENTER (1). Defendant ARRAIGNED and a plea of NOT GUILTY entered as to counts 1–4. The Court finds that the period from April 29, 2021 through July 7, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to SARA CARPENTER (1). Status Conference set for 7/7/2021 at 11:00 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains on PERSONAL RECOGNIZANCE BOND (PR)/appeared via video; Court Reporter: Lisa Griffith; Defense Attorney: Michelle Gelernt; US Attorney: Katherine Neilsen; Pretrial Officer: Christine Schuck. (nbn) (Entered: 04/29/2021) |
| 04/29/2021 | 16 | ORDER granting 12 Motion for Protective Order as to SARA CARPENTER (1). Signed by Judge James E. Boasberg on 4/29/2021. (nbn) (Entered: 04/30/2021) |
| 05/24/2021 | 17 | NOTICE OF ATTORNEY APPEARANCE: Michelle Gelernt appearing for SARA CARPENTER (Gelernt, Michelle) (Entered: 05/24/2021) |
| 05/24/2021 | 18 | NOTICE of Discovery Correspondence by USA as to SARA CARPENTER (Attachments: # 1 Exhibit Discovery Letter)(Nielsen, Katherine) (Entered: 05/24/2021) |
| 05/27/2021 | 19 | NOTICE of Discovery Correspondence by USA as to SARA CARPENTER (Attachments: # 1 Exhibit Discovery Letter)(Nielsen, Katherine) (Entered: 05/27/2021) |
| 06/16/2021 | 20 | SUPERSEDING INDICTMENT as to SARA CARPENTER (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s. (zstd) (Entered: 06/17/2021) |
| 06/28/2021 | 22 | Unopposed MOTION for Disclosure of Rule 6(e) and Sealed Materials by USA as to SARA CARPENTER. (Attachments: # 1 Text of Proposed Order)(Nielsen, Katherine) (Entered: 06/28/2021) |
| 06/28/2021 | 23 | ORDER granting 22 Motion for Disclosure as to SARA CARPENTER (1). Signed by Judge James E. Boasberg on 6/28/2021. (nbn) (Entered: 06/28/2021) |
| 06/30/2021 | 24 | ENTERED IN ERROR.....NOTICE of Discovery Correspondence by USA as to SARA CARPENTER (Nielsen, Katherine) Modified on 6/30/2021 (zstd). (Entered: 06/30/2021) |
| 06/30/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to SARA CARPENTER re 24 Notice (Other) was entered in error and counsel was instructed to refile said pleading. |

| | | | |
|---|---|---|---|
| | | | The Notice of Discovery Correspondence cannot be filed by itself, a Notice of Filing will need to be filed as the main document and the Discovery Correspondence will an attachment. (zstd) (Entered: 06/30/2021) |
| 06/30/2021 | 25 | | NOTICE *of Discovery Correspondence* by USA as to SARA CARPENTER (Attachments: # 1 Exhibit)(Nielsen, Katherine) (Entered: 06/30/2021) |
| 07/07/2021 | | | Minute Entry for proceedings held before Judge James E. Boasberg:Arraignment/Status Conference as to SARA CARPENTER (1) held on 7/7/2021. Defendant ARRAIGNED on the Superseding Indictment and a plea of NOT GUILTY entered on counts 1s–7s. The Court finds that the period from July 7, 2021 through September 8, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to SARA CARPENTER (1). Status Conference set for 9/8/2021 at 11:00 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains on PERSONAL RECOGNIZANCE BOND (PR)/appeared via video; Court Reporter: Lisa Bankins; Defense Attorney: Michelle Gerlant; US Attorney: Katherine Neilson. (nbn) (Entered: 07/07/2021) |
| 07/12/2021 | 27 | | ENTERED IN ERROR..... STATUS REPORT *Regarding Status of Discovery* by USA as to SARA CARPENTER (Attachments: # 1 Exhibit)(Nielsen, Katherine) Modified on 7/13/2021 (zstd). (Entered: 07/12/2021) |
| 07/12/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to SARA CARPENTER re 27 Status Report was entered in error and counsel was instructed to refile said pleading using event Notices (Other). (zstd) (Entered: 07/13/2021) |
| 07/13/2021 | 28 | | MEMORANDUM Regarding Status of Discovery by USA as to SARA CARPENTER (Attachments: # 1 Exhibit)(Nielsen, Katherine) Modified text on 7/13/2021 (zstd). (Entered: 07/13/2021) |
| 07/26/2021 | 29 | | NOTICE *of Discovery Correspondence* by USA as to SARA CARPENTER (Attachments: # 1 Exhibit)(Nielsen, Katherine) (Entered: 07/26/2021) |
| 08/30/2021 | 30 | | Consent MOTION to Continue , MOTION to Exclude *Time Under the Speedy Trial Act* by SARA CARPENTER. (Attachments: # 1 Text of Proposed Order to Continue and Exclude time Under the Speedy Trial Act)(Gelernt, Michelle) (Entered: 08/30/2021) |
| 08/31/2021 | | | MINUTE ORDER as to SARA CARPENTER (1): The Court ORDERS that 30 Consent MOTION to Continue, MOTION to Exclude Time Under the Speedy Trial Act is GRANTED. The Status Conference set for 9/8/2021 at 11:00 AM is VACATED and RESET to 11/5/2021 at 10:00 AM in Telephonic/VTC before Judge James E. Boasberg. The Court also finds that the period from August 31, 2021 through November 5, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). So ORDERED by Judge James E. Boasberg on 8/31/21. (nbn) (Entered: 08/31/2021) |
| 09/20/2021 | 31 | | NOTICE *United States' Memorandum Regarding Status of Discovery as of August 23, 2021* by USA as to SARA CARPENTER (Nielsen, Katherine) (Entered: 09/20/2021) |
| 09/24/2021 | 32 | | NOTICE *Memorandum Regarding Status of Discovery as of September 14, 2021* by USA as to SARA CARPENTER (Nielsen, Katherine) (Entered: 09/24/2021) |
| 10/25/2021 | 33 | | NOTICE *United States' Memorandum Regarding Status of Discovery as of October 21, 2021* by USA as to SARA CARPENTER (Nielsen, Katherine) (Entered: |

| | | |
|---|---|---|
| | | 10/25/2021) |
| 11/05/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: video Status Conference as to SARA CARPENTER (1) held on 11/5/2021. The Court finds that the period from November 5, 2021 through December 10, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to SARA CARPENTER (1). Status Conference set for 12/10/2021 at 10:00 AM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains on PERSONAL RECOGNIZANCE BOND (PR)/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Michelle Gelernt; US Attorney: Katherine Neilson. (znbn) (Entered: 11/05/2021) |
| 12/01/2021 | 35 | SECOND SUPERSEDING INDICTMENT as to SARA CARPENTER (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss. (zstd) (Entered: 12/07/2021) |
| 12/10/2021 | | Minute Entry for proceedings held Via VTC before Judge James E. Boasberg:Arraignment/Status Conference as to SARA CARPENTER held on 12/10/2021. The Defendant Pleads Not Guilty To Count 1ss,2ss,3ss,4ss,5ss,6ss, and 7ss. Government Updated The Court and Parties Request Continuance. Status Conference set for 2/10/2022 at 10:00 AM in Telephonic/VTC before Judge James E. Boasberg. Speedy Trial Tolled 12/10/21 – 2/10/22 In The Interest Of Justice (XT). Parties Agree To The Next Scheduled Hearing Being Held Via VTC. Bond Status of Defendant: APPEARED VIA VTC – REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: LORRAINE HERMAN; Defense Attorney: MICHELLE GELERNT; US Attorney: ROBERT JUMAN STANDING IN FOR KATHERINE NIELSEN; (mac) (Entered: 12/10/2021) |
| 12/16/2021 | 38 | NOTICE *United States' Memorandum Regarding Status of Discovery as of November 5, 2021* by USA as to SARA CARPENTER (Nielsen, Katherine) (Entered: 12/16/2021) |
| 02/01/2022 | 39 | Consent MOTION to Continue by SARA CARPENTER. (Gelernt, Michelle) (Entered: 02/01/2022) |
| 02/01/2022 | 40 | MOTION to Exclude Time Under Speedy Trial Act by SARA CARPENTER. (See docket entry 39 to view document.) (zstd) (Entered: 02/02/2022) |
| 02/02/2022 | | MINUTE ORDER granting 39 Motion to Continue as to SARA CARPENTER (1): The Court ORDERS that Status Conference set for 2/10/2022 is VACATED and RESET to 3/2/2022 at 10:30 AM in Telephonic/VTC before Judge James E. Boasberg. The Court FURTHER ORDERS Speedy Trial is tolled between February 2, 2022 and March 2, 2022, in the Interest of Justice (XT). So ORDERED, by Judge James E. Boasberg on 2/2/2022. (nbn) (Entered: 02/02/2022) |
| 02/11/2022 | 41 | NOTICE *United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to SARA CARPENTER (Nielsen, Katherine) (Entered: 02/11/2022) |
| 03/02/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to SARA CARPENTER (1) held on 3/2/2022. Motion in Limine due by 8/1/2022. Opposition due by 8/22/2022. Reply due by 9/6/2022. Pretrial Conference set for 10/21/2022 at 11:00 AM in Telephonic/VTC before Judge James E. Boasberg. Jury Trial set for 11/7/2022 at 09:30 AM in Courtroom 25A– In Person before Judge James E. Boasberg. The Court will Toll Speedy Trial between march 2, 2022 and November 7, 2022, in the Interest of Justice (XT). Excludable started as to |

| | | |
|---|---|---|
| | | SARA CARPENTER (1). Bond Status of Defendant: remains on Personal Recognizance Bond(PR/appeared via Zoom video); Court Reporter: Lisa Griffith; Defense Attorney: Michelle Gelernt; US Attorney: Katherine Nielsen. (nbn) (Entered: 03/02/2022) |
| 06/17/2022 | 43 | NOTICE OF ATTORNEY APPEARANCE Christopher Matthew Cook appearing for USA. (Cook, Christopher) (Entered: 06/17/2022) |
| 07/21/2022 | 44 | TRANSCRIPT OF PROCEEDINGS in case as to SARA CARPENTER before Judge James E. Boasberg held on 3−2−2022; Page Numbers: 1−10. Date of Issuance:7−21−2022. Court Reporter/Transcriber Lisa Griffith, Telephone number 202−354−3247, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court repo rter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/11/2022. Redacted Transcript Deadline set for 8/21/2022. Release of Transcript Restriction set for 10/19/2022.(Griffith, Lisa) (Entered: 07/21/2022) |
| 07/22/2022 | 45 | Consent MOTION to Continue *Trial*, Consent MOTION for Extension of Time to File *Pretrial Motions* by SARA CARPENTER. (Gelernt, Michelle) (Entered: 07/22/2022) |
| 07/25/2022 | | MINUTE ORDER granting 45 Motion to Continue as to SARA CARPENTER (1) Defendant's 45 Motion to Continue Trial is GRANTED. The motions and trial dates are VACATED, and the parties shall appear for a status hearing on September 30, 2022, at 3:30 p.m.. So ORDERED, by Judge James E. Boasberg on 7/25/2022. (nbn) (Entered: 07/25/2022) |
| 07/25/2022 | | Terminate Deadlines and Hearings as to SARA CARPENTER (1): (nbn) (Entered: 07/25/2022) |
| 09/30/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to SARA CARPENTER (1) held on 9/30/2022. The Court will toll the Speedy Trial Clock between 9/30/2022 and 10/28/2022, in the Interest of Justice (XT). Excludable started as to SARA CARPENTER (1). Status Conference set for 10/28/2022 at 04:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: PR/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Michelle Gelernt; US Attorney: Christopher Cook. (nbn) (Entered: 09/30/2022) |
| 10/24/2022 | | MINUTE ORDER as to SARA CARPENTER (1): After discussions with the parties, the Court ORDERS the Status Conference set for 10/28/2022 is VACATED and |

| | | |
|---|---|---|
| | | RESET to 10/27/2022 at 03:30 PM in Telephonic/VTC before Judge James E. Boasberg. So ORDERED, by Judge James E. Boasberg on 10/24/2022. (nbn) (Entered: 10/24/2022) |
| 10/27/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to SARA CARPENTER (1) held on 10/27/2022. The Court will toll the Speedy Trial Clock between 10/27/2022 and 3/6/2023, in the Interest of Justice (XT). Excludable started as to SARA CARPENTER (1). Jury Trial set for 3/6/2023 at 09:30 AM in Courtroom 25A– In Person before Judge James E. Boasberg. Status Conference set for 11/28/2022 at 03:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains on PR/appeared via Zoom; Court Reporter: Lisa Griffith; Defense Attorney: Michelle Gelernt; US Attorney: Christopher Cook. (nbn) (Entered: 10/27/2022) |
| 11/23/2022 | 48 | NOTICE OF ATTORNEY APPEARANCE: Kannan Sundaram appearing for SARA CARPENTER (Sundaram, Kannan) (Entered: 11/23/2022) |
| 11/28/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Status Conference as to SARA CARPENTER held on 11/28/2022. Defendant consents to proceed via Zoom video. Motion in Limine due by 12/22/2022. Opposition due by 1/20/2023. Replies due by 1/30/2023. Pretrial Conference set for 2/10/2023 at 11:00 AM in Telephonic/VTC before Judge James E. Boasberg. The Speedy Trial Clock remains tolled through 3/6/2023, in the Interest of Justice (XT). Bond Status of Defendant: remains on PR/appeared via Zoom; Court Reporter: Tim Miller; Defense Attorney: Michelle Gelernt and Kannan Sundaram; US Attorney: Chris Cook; (nbn) (Entered: 11/28/2022) |
| 12/15/2022 | 50 | Consent MOTION for Extension of Time to File *Motions in Limine* by SARA CARPENTER. (Gelernt, Michelle) (Entered: 12/15/2022) |
| 12/16/2022 | | MINMUTE ORDER granting 50 Motion for Extension of Time to File as to SARA CARPENTER (1): The Court ORDERS Motion in Limine due by 12/29/2022. So ORDERED, by Judge James E. Boasberg on 12/16/2022. (nbn) (Entered: 12/16/2022) |
| 12/21/2022 | 51 | NOTICE OF ATTORNEY APPEARANCE Rebekah Lederer appearing for USA. *Notice of Attorney: co–counsel* (Lederer, Rebekah) (Entered: 12/21/2022) |
| 12/21/2022 | 52 | MOTION in Limine *to Limit Cross on USCP Cameras and Maps* by USA as to SARA CARPENTER. (Attachments: # 1 Exhibit, # 2 Exhibit)(Lederer, Rebekah) (Entered: 12/21/2022) |
| 12/21/2022 | 53 | MOTION in Limine *to Limit Cross –USSS Witness* by USA as to SARA CARPENTER. (Lederer, Rebekah) (Entered: 12/21/2022) |
| 12/21/2022 | 54 | MOTION in Limine *re Authentication of Digital Evidence* by USA as to SARA CARPENTER. (Lederer, Rebekah) (Entered: 12/21/2022) |
| 12/21/2022 | 55 | MOTION in Limine *to Exclude Good Character Evidence* by USA as to SARA CARPENTER. (Lederer, Rebekah) (Entered: 12/21/2022) |
| 12/21/2022 | 56 | MOTION in Limine *to Preclude Entrapment by Estoppel Argument* by USA as to SARA CARPENTER. (Lederer, Rebekah) (Entered: 12/21/2022) |
| 12/29/2022 | 57 | MOTION to Dismiss Count *1,2,3,4, and 7* by SARA CARPENTER. (Gelernt, Michelle) (Entered: 12/29/2022) |

| 12/29/2022 | 58 | MOTION to Change Venue by SARA CARPENTER. (Attachments: # 1 Exhibit 1: Jury Survey)(Gelernt, Michelle) (Entered: 12/29/2022) |
| 12/29/2022 | 59 | MOTION in Limine *to Preclude the Admission of Certain Evidence at Trial* by SARA CARPENTER. (Sundaram, Kannan) (Entered: 12/29/2022) |
| 12/29/2022 | 60 | NOTICE of *Public Authority Defense* by SARA CARPENTER (Sundaram, Kannan) (Entered: 12/29/2022) |
| 01/20/2023 | 61 | RESPONSE by USA as to SARA CARPENTER re 57 MOTION to Dismiss Count *1,2,3,4, and 7* (Cook, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 62 | RESPONSE by USA as to SARA CARPENTER re 58 MOTION to Change Venue (Cook, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 63 | RESPONSE by USA as to SARA CARPENTER re 59 MOTION in Limine *to Preclude the Admission of Certain Evidence at Trial* (Cook, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 64 | RESPONSE by SARA CARPENTER re 52 MOTION in Limine *to Limit Cross on USCP Cameras and Maps* (Gelernt, Michelle) (Entered: 01/20/2023) |
| 01/20/2023 | 65 | RESPONSE by SARA CARPENTER re 54 MOTION in Limine *re Authentication of Digital Evidence* (Gelernt, Michelle) (Entered: 01/20/2023) |
| 01/20/2023 | 66 | ENTERED IN ERROR.....RESPONSE by SARA CARPENTER re 55 MOTION in Limine *to Exclude Good Character Evidence* (Gelernt, Michelle) Modified on 1/23/2023 (zstd). (Entered: 01/20/2023) |
| 01/20/2023 | 67 | RESPONSE by SARA CARPENTER re 53 MOTION in Limine *to Limit Cross −USSS Witness* (Gelernt, Michelle) (Entered: 01/20/2023) |
| 01/20/2023 | 68 | RESPONSE by SARA CARPENTER re 56 MOTION in Limine *to Preclude Entrapment by Estoppel Argument* (Gelernt, Michelle) (Entered: 01/20/2023) |
| 01/20/2023 |  | NOTICE OF ERROR as to SARA CARPENTER regarding 66 Response to motion. The following error(s) need correction: Incorrect case number. Please refile. (zstd) (Entered: 01/23/2023) |
| 01/23/2023 | 69 | RESPONSE by SARA CARPENTER re 55 MOTION in Limine *to Exclude Good Character Evidence (Corrected)* (Sundaram, Kannan) (Entered: 01/23/2023) |
| 01/26/2023 |  | MINUTE ORDER as to SARA CARPENTER (1): Given that Defendant does not oppose, the Court ORDERS that: 1) The Government's 52 Motion in Limine is GRANTED; and 2) Defendant shall not seek to determine on cross−examination the exact locations of Capitol Police surveillance cameras or introduce the maps that show each camera's physical location as an exhibit at trial. So ORDERED, by Judge James E. Boasberg on 1/26/2023. (nbn) (Entered: 01/26/2023) |
| 01/30/2023 | 70 | REPLY in Support by SARA CARPENTER re 57 MOTION to Dismiss Count *1,2,3,4, and 7* (Gelernt, Michelle) (Entered: 01/30/2023) |
| 01/30/2023 | 71 | REPLY in Support by SARA CARPENTER re 58 MOTION to Change Venue (Gelernt, Michelle) (Entered: 01/30/2023) |
| 01/30/2023 | 72 | REPLY in Support by SARA CARPENTER re 59 MOTION in Limine *to Preclude the Admission of Certain Evidence at Trial* (Gelernt, Michelle) (Entered: 01/30/2023) |

| 01/31/2023 | 73 | ORDER denying 57 Motion to Dismiss Count(s) as to SARA CARPENTER (1). Signed by Judge James E. Boasberg on 1/31/2023. (nbn) (Entered: 01/31/2023) |
|---|---|---|
| 01/31/2023 | 74 | ORDER denying 58 Motion for Change of Venue as to SARA CARPENTER (1). Signed by Judge James E. Boasberg on 1/31/2023. (nbn) (Entered: 01/31/2023) |
| 02/01/2023 | | MINUTE ORDER as to SARA CARPENTER (1): Given Defendant's partial agreement in her 65 Response, the Court ORDERS that the Government's 54 Motion in Limine concerning the authentication of digital evidence is GRANTED IN PART as to those issues Defendant concedes. To the extent that further disputes remain after stipulations, the Court will address them at the pretrial conference or at trial itself. So ORDERED, by Judge James E. Boasberg on 2/1/2023. (nbn) (Entered: 02/01/2023) |
| 02/02/2023 | 75 | ORDER granting in part and denying in part 53 Motion in Limine as to SARA CARPENTER (1). Signed by Judge James E. Boasberg on 2/2/2023. (nbn) (Entered: 02/02/2023) |
| 02/06/2023 | | MINUTE ORDER as to SARA CARPENTER (1): Due to a scheduling conflict with the Court's calendar, the Pretrial Conference set for 2/10/2023 at 11:00 AM is VACATED and RESET to 09:30 AM via Zoom before Judge James E. Boasberg. So ORDERED, by Judge James E. Boasberg on 2/6/2023. (nbn) (Entered: 02/06/2023) |
| 02/09/2023 | 77 | ORDER as to SARA CARPENTER (1): For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that: 1) The Government's 55 Motion in Limine concerning Character Evidence is GRANTED; 2) The Government's 56 Motion in Limine concerning Entrapment by Estoppel is GRANTED IN PART and DENIED IN PART; and 3) Defendant's 59 Motion in Limine is DENIED. Signed by Judge James E. Boasberg on 2/9/2023. (nbn) (Entered: 02/09/2023) |
| 02/09/2023 | 78 | MEMORANDUM OPINION re 77 as to SARA CARPENTER (1). Signed by Judge James E. Boasberg on 2/9/2023. (nbn) (Entered: 02/09/2023) |
| 02/10/2023 | | Minute Entry for Pretrial Conference as to SARA CARPENTER held on 2/10/2023 before Judge James E. Boasberg. Bond Status of Defendant: Personal Recognizance; Court Reporter: Tammy Nestor; Defense Attorney: Michelle Gelernt and Kannan Sundaran; US Attorney: Christopher Cook and Rebekah Lederer. (zjch, ) (Entered: 02/10/2023) |
| 02/15/2023 | 79 | TRANSCRIPT OF PROCEEDINGS in case as to SARA CARPENTER before Judge James E. Boasberg held on 2/10/23; Page Numbers: 1–10. Court Reporter/Transcriber Tammy Nestor, Telephone number 2023543127, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 3/8/2023. Redacted Transcript Deadline set for 3/18/2023. Release of Transcript Restriction set for 5/16/2023.(Nestor, Tammy) (Entered: 02/15/2023) |
| 02/21/2023 | 80 | MOTION for Payment of travel / subsistence expenses by SARA CARPENTER. (Attachments: # 1 Text of Proposed Order Pursuant to 18 U.S.C. 4285, # 2 Text of Proposed Order Pursuant to 18 U.S.C. 3006A)(Sundaram, Kannan) Modified text on 2/22/2023 (zstd). (Entered: 02/21/2023) |
| 02/22/2023 | | MINUTE ORDER as to SARA CARPENTER (1): If the Government opposes Defendant's 80 Motion for Payment of Travel Expenses, the Court ORDERS that it shall file a response by February 24, 2023. So ORDERED, by Judge James E. Boasberg on 2/22/2023. (nbn) (Entered: 02/22/2023) |
| 02/23/2023 | 81 | Proposed Voir Dire as to SARA CARPENTER (1): The Court ORDERS that if either side has any objections or proposed additions to the attached Proposed Voir Dire, that party shall file such objections or proposed additions by February 28, 2023. So ORDERED, by Judge James E. Boasberg on 2/23/2023. (nbn) (Entered: 02/23/2023) |
| 02/24/2023 | 82 | Memorandum in Opposition by USA as to SARA CARPENTER re 80 Motion for Miscellaneous Relief, *Opposition to Motion for Payment of travel / subsistence expenses* (Lederer, Rebekah) (Entered: 02/24/2023) |
| 02/24/2023 | | MINUTE ORDER as to SARA CARPENTER (1): If Defendant wishes to file a Reply to the Government's 82 Opposition, the Court ORDERS that she shall do so by February 28, 2023. So ORDERED, by Judge James E. Boasberg on 2/24/2023. (nbn) (Entered: 02/24/2023) |
| 02/27/2023 | | MINUTE ORDER as to SARA CARPENTER (1): If Defendant wishes to file a Reply to the Government's 82 Opposition, the Court ORDERS that she shall do so by February 28, 2023. So ORDERED, by Judge James E. Boasberg on 2/27/2023. (nbn) (Entered: 02/27/2023) |
| 02/28/2023 | 83 | Proposed Voir Dire by SARA CARPENTER (Gelernt, Michelle) (Entered: 02/28/2023) |
| 02/28/2023 | 84 | Proposed Voir Dire by USA as to SARA CARPENTER (Cook, Christopher) (Entered: 02/28/2023) |
| 02/28/2023 | 85 | REPLY TO OPPOSITION to Motion by SARA CARPENTER re 80 MOTION Payment of travel / subsistence expenses (Attachments: # 1 Exhibit US v Mendoza.Gov Brief, # 2 Exhibit US v Mendoza Subsistence Motion)(Sundaram, Kannan) (Entered: 02/28/2023) |
| 03/01/2023 | 86 | VOIR DIRE as to SARA CARPENTER (1): The Court ORDERS that the attached shall be the final Voir Dire. Signed by Judge James E. Boasberg on 3/1/2023. (nbn) (Entered: 03/01/2023) |
| 03/01/2023 | 87 | MOTION to Continue *Trial and Exclude Time Under the Speedy Trial Act* by SARA CARPENTER. (Sundaram, Kannan) (Entered: 03/01/2023) |
| 03/01/2023 | 88 | MOTION to Exclude by SARA CARPENTER. (See docket entry 87 to view document.) (zstd) (Entered: 03/02/2023) |
| 03/02/2023 | | MINUTE ORDER as to SARA CARPENTER (1): The Court ORDERS the parties appear for a Status Conference re 88 and 87 MOTION to Continue *Trial and Exclude* |

| | | |
|---|---|---|
| | | *Time Under the Speedy Trial Act* filed by SARA CARPENTER (1) on 3/3/2023 at 02:30 PM in courtroom 25A before Judge James E. Boasberg. So ORDERED, by Judge James E. Boasberg on 3/2/2023. (nbn) Modified to amend hearing location on 3/3/2023 (zbn). (Entered: 03/02/2023) |
| 03/02/2023 | 89 | RESPONSE by USA as to SARA CARPENTER re 88 MOTION to Exclude, 87 MOTION to Continue *Trial and Exclude Time Under the Speedy Trial Act Response in Opposition* (Cook, Christopher) (Entered: 03/02/2023) |
| 03/03/2023 | | MINUTE ORDER as to SARA CARPENTER (1): The Court ORDERS that the Government's 90 Sealed Motion for Leave is GRANTED. So ORDERED, by Judge James E. Boasberg on 3/3/2023. (nbn) modified to grant, denied in error on 3/3/2023. (nbn) (Entered: 03/03/2023) |
| 03/03/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg: Motion Hearing as to SARA CARPENTER (1) held on 3/3/2023 re 87 MOTION to Continue *Trial and Exclude Time Under the Speedy Trial Act* filed by SARA CARPENTER. The Court ORDERS the motion to continued is DENIED. The Court FURTHER ORDERS 80 MOTION for Payment of travel / subsistence expenses is DENIED for the reasons stated on the record. Bond Status of Defendant: PR; Court Reporter: Tammy Nestor; Defense Attorney: Michelle Gerlernt and Kannan Sunaram; US Attorney: Christopher Cook and Rebekah Lederer. (nbn) (Entered: 03/03/2023) |
| 03/06/2023 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. So ORDERED, by Judge James E. Boasberg on 3/6/2023. (nbn) (Entered: 03/06/2023) |
| 03/06/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg:Jury Trial as to SARA CARPENTER (1) held on 3/6/2023 as to counts 1ss–7ss. Jury selection commenced and concluded with twelve (12) jurors and two (2) alternates selected and sworn. Jury Trial continued to 3/7/2023 at 09:30 AM in Courtroom 25A– In Person before Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Michelle Gelernt and Kannan Sundaram; US Attorney: Christopher Cook, Rebekah Lederer; Government Witnesses: USCP Neysha Mendoza (began and continued). (nbn) (Entered: 03/06/2023) |
| 03/06/2023 | 94 | MOTION in Limine *to Preclude First Amendment Defense* by USA as to SARA CARPENTER. (Cook, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg: Jury Trial as to SARA CARPENTER held on 3/7/2023 on counts 1ss–7ss. Same jury of twelve (12) and two (2) alternates. Jury Trial continued to 3/8/2023 at 09:30 AM in Courtroom 25A– In Person before Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Michelle Gelernt and Kannan Sundaram; US Attorney: Christopher Cook and Rebekah Lederer; Government Witnesses: Neysha Mendoza (continued and concluded), Elizabeth Glavey, Mark Gazel, Lt. Christopher Dove, Lt. Patrick Ceresa (begun and continued). (nbn) (Entered: 03/07/2023) |
| 03/07/2023 | 95 | Proposed Jury Instructions by USA as to SARA CARPENTER (Cook, Christopher) (Entered: 03/07/2023) |
| 03/08/2023 | 96 | |

| | | |
|---|---|---|
| | | Proposed Jury Instructions by SARA CARPENTER (Sundaram, Kannan) (Entered: 03/08/2023) |
| 03/08/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg: Jury Trial as to SARA CARPENTER resumed and held on 3/8/2023 as to Counts: 1ss–7ss. Same jury of twelve (12) and two (2) alternates. Government Rested; Oral Motion for Judgment of Acquittal was Heard and DENIED in its entirety. Defense Rested. Jury Trial continued to 3/9/2023 at 9:30 AM in Courtroom 25A– In Person before Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorneys: Michelle Gelernt and Kannan Sundaram; US Attorneys: Christopher Cook and Rebekah Lederer; Government Witnesses: Lt. Patrick Ceresa (continued and concluded, MPD Officer Carnell Foster; FBI Special Agent Robert T. Carasiti. (jth) (Entered: 03/08/2023) |
| 03/09/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg: Jury Trial as to SARA CARPENTER (1) held on 3/9/2023. Jury trial resumed and concluded with the same jury of twelve (12) and two (2) alternates. Alternates discharged. Jury Deliberations begun and concluded with a GUILTY verdict rendered on counts 1ss–7ss. All jurors discharged. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to SARA CARPENTER (1). Sentencing set for 7/14/2023 at 11:00 AM in Courtroom 22A– In Person before Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Michelle Gerlernt and Kannan Sundaram; US Attorney: Christopher Cook and Rebekah Lederer. (nbn) (Entered: 03/09/2023) |
| 03/09/2023 | 97 | Final Jury Instructions as to SARA CARPENTER (1). (nbn) (Entered: 03/09/2023) |
| 03/09/2023 | 98 | Jury Notes as to SARA CARPENTER (1). (nbn) (Entered: 03/09/2023) |
| 03/09/2023 | 99 | VERDICT FORM as to SARA CARPENTER (1). (nbn) (Entered: 03/09/2023) |
| 03/09/2023 | 100 | **Signature Page of Foreperson** <br><br> as to SARA CARPENTER in Jury Note (2). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (znbn) (Entered: 03/09/2023) |
| 03/09/2023 | 101 | **Signature Page of Foreperson** <br><br> as to SARA CARPENTER in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (znbn) (Entered: 03/09/2023) |
| 03/16/2023 | 102 | LEAVE TO FILE DENIED– Petition for a Writ of Habeas Corpus as to SARA CARPENTER This document is unavailable as the Court denied its filing.. Signed by Judge James E. Boasberg on 3/16/2023. (zstd) (Entered: 03/16/2023) |
| 03/20/2023 | 103 | Consent MOTION for Extension of Time to File *Post–Trial Motions* by SARA CARPENTER. (Sundaram, Kannan) (Entered: 03/20/2023) |
| 03/20/2023 | | MINUTE ORDER granting 103 Motion for Extension of Time to File as to SARA CARPENTER (1). So ORDERED, by Chief Judge James E. Boasberg on 3/20/2023. (nbn) (Entered: 03/20/2023) |
| 06/20/2023 | 105 | First MOTION to Continue *Sentencing*, First MOTION for Extension of Time to File *Objections to the PSR and Sentencing Memoranda* by SARA CARPENTER. |

| | | |
|---|---|---|
| | | (Gelernt, Michelle) (Entered: 06/20/2023) |
| 06/21/2023 | | MINUTE ORDER GRANTING 105 Motion to Continue as to SARA CARPENTER (1): The Court ORDERS the Sentencing set for 7/14/2023 is VACATED and RESET to 9/13/2023 at 11:00 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. So ORDERED, by Chief Judge James E. Boasberg on 6/21/2023. (nbn) (Entered: 06/21/2023) |
| 07/12/2023 | 106 | MOTION to Withdraw as Attorney by Michelle Gelernt., MOTION to Substitute Attorney by SARA CARPENTER. (Sundaram, Kannan) (Entered: 07/12/2023) |
| 07/13/2023 | 107 | ORDER GRANTING 106 Motion to Withdraw as Attorney and Substitute Attorney as to SARA CARPENTER. The Court ORDERS Michelle Gelernt and Kannan Sundaram withdrawn from case. Signed by Chief Judge James E. Boasberg on 7/13/2023. (nbn) (Entered: 07/13/2023) |
| 07/25/2023 | 108 | Unopposed MOTION to Continue *Sentencing Hearing* by SARA CARPENTER. (Attachments: # 1 Text of Proposed Order)(Mullin, Elizabeth) (Entered: 07/25/2023) |
| 07/25/2023 | | MINUTE ORDER GRANTING 108 Motion to Continue Sentencing as to SARA CARPENTER (1): The Court ORDERS Sentencing set for 9/13/2023 is VACATED and RESET to 12/19/2023 at 11:00 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. So ORDERED, by Chief Judge James E. Boasberg on 7/25/2023. (nbn) (Entered: 07/25/2023) |
| 11/10/2023 | 110 | SUPPLEMENT by SARA CARPENTER re 109 Parties Obligation and Response to Presentence Report (Mullin, Elizabeth) (Entered: 11/10/2023) |
| 12/12/2023 | 113 | SENTENCING MEMORANDUM by USA as to SARA CARPENTER (Lederer, Rebekah) (Entered: 12/12/2023) |
| 12/13/2023 | 114 | SENTENCING MEMORANDUM by SARA CARPENTER (Mullin, Elizabeth) (Entered: 12/13/2023) |
| 12/13/2023 | 115 | MOTION to Stay *Sentencing Hearing Pending Supreme Court's Resolution of Fischer v. United States* by SARA CARPENTER. (Attachments: # 1 Text of Proposed Order)(Mullin, Elizabeth) (Entered: 12/13/2023) |
| 12/15/2023 | 117 | RESPONSE by USA as to SARA CARPENTER re 115 MOTION to Stay *Sentencing Hearing Pending Supreme Court's Resolution of Fischer v. United States Response in Opposition* (Lederer, Rebekah) (Entered: 12/15/2023) |
| 12/15/2023 | | MINUTE ORDER as to SARA CARPENTER (1) : The Court ORDERS that Defendant's 115 Motion to Continue Sentencing Hearing is DENIED. Defendant's sentence is not heavily dependent on her conviction under Section 1512(c)(2). So ORDERED by Chief Judge James E. Boasberg on 12/15/2023. (nbn) (Entered: 12/15/2023) |
| 12/19/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Sentencing held on 12/19/2023 as to SARA CARPENTER (1). Defendant sentenced to twenty–two (22) months incarceration on counts 1ss–2ss, twelve (12) months as to counts 3ss–4ss, and six (6) months as to counts 5ss–7ss, all to run concurrent. The Court imposes a twenty–four (24) month term of Supervised Release as to counts 1ss–2ss and twelve (12) month term of Supervised Release as to counts 3ss–4ss, all to run concurrent. The Court further imposes Special assessments totaling $280 and Restitution in the amount of $2000. Appeal rights given. Oral motion by Defense for |

| | | |
|---|---|---|
| | | "stay of judgement or release pending appeal", HEARD and DENIED. Oral motion by the Government to "dismiss the original Information and first Superseding Indictment", HEARD and GRANTED. The Court ORDERS the Information filed on 4/15/2021 and the Superseding Indictment filed on 6/16/2021 are DISMISSED. Bond Status of Defendant: remains on Personal Recognizance Bond; Court Reporter: Tammy Nestor; Defense Attorney: Elizabeth Mullin; US Attorney: Rebekah Lederer; Prob Officer: Aidee Gavito. (nbn) (Entered: 12/19/2023) |
| 12/19/2023 | 118 | JUDGMENT as to SARA CARPENTER. Statement of Reasons Not Included. Signed by Chief Judge James E. Boasberg on 12/19/2023. (zstd) (Entered: 12/20/2023) |
| 12/19/2023 | 119 | STATEMENT OF REASONS as to SARA CARPENTER re 118 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Chief Judge James E. Boasberg on 12/19/2023. (zstd) (Entered: 12/20/2023) |
| 12/27/2023 | 120 | NOTICE OF APPEAL – Final Judgment by SARA CARPENTER Fee Status: No Fee Paid. Parties have been notified. (Mullin, Elizabeth) (Entered: 12/27/2023) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| vs. | : | **Case No.: 21-CR-305 (JEB)** |
| SARA CARPENTER, | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**          Sara Carpenter

**Name and address of appellant's attorney:**          Elizabeth Mullin
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:** 18 U.S.C. §§ 231(a)(3) & 2: Civil Disorder and Aiding and Abetting
18 U.S.C. §§ 1512(c)(2) & (2): Obstruction of an Official Proceeding
18 U.S.C. §§ 1752 (a)(1) & (a)(2): Temporary Residence of the President (2 counts)
40 U.S.C. §§§ 5104 (e)(2)(D), (e)(2)(E) & (e)(2)(G): Violent Entry (3 counts)

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (12/19/23): The defendant is sentenced to 22 months incarceration, a 24 month term of supervised release, special assessment of $280.00, and restitution in the amount of $2,000.00.

**Name and institution where now confined, if not on bail:**

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

December 27, 2023                    Sara Carpenter
DATE                                          APPELLANT

CJA, NO FEE _____FPD_____          A. J. Kramer_____
PAID USDC FEE ___NO_____          FEDERAL PUBLIC DEFENDER
PAID USCA FEE ___NO_____          ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

### District of Columbia ▼

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SARA CARPENTER | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 21-cr-00305-JEB-1<br>USM Number: 35945-509<br><br>Elizabeth Ann Mullin<br>Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☑ was found guilty on count(s)   1ss-7ss of the Second Superseding Indictment filed on 12/1/2021
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 231(a)(3)and2 | Civil Disorder and Aiding and Abetting | 1/6/2021 | 1ss |
| 18 USC§§1512(c)(2)and2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 2ss |
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 3ss |

   The defendant is sentenced as provided in pages 2 through ____9____ of this judgment. The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   1-4 and 1s-7s      ☐ is   ☑ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution,
the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/19/2023
_____
Date of Imposition of Judgment

_____
Signature of Judge

James E. Boasberg, USDC Chief Judge
_____
Name and Title of Judge

12/19/23
_____
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1A

Judgment—Page    2    of    9

DEFENDANT: SARA CARPENTER
CASE NUMBER: 21-cr-00305-JEB-1

### ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(2) | Disruptive and Disorderly Conduct in a Restricted Buildin | 1/6/2021 | 4ss |
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 5ss |
| 40 USC § 5104(e)(2)(E) | Impeding Passage Through the Capitol Grounds or Build | 1/6/2021 | 6ss |
| 40 USC § 5104(e)(2)(G) | Parading, Picketing, or Demonstrating in a Capitol Build | 1/6/2021 | 7ss |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __9__

DEFENDANT:  SARA CARPENTER
CASE NUMBER:  21-cr-00305-JEB-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Defendant sentenced to twenty-two (22) months incarceration on counts 1ss-2ss, twelve (12) months as to counts 3ss-4ss, and six (6) months as to counts 5ss-7ss, all to run concurrent.

☑ The court makes the following recommendations to the Bureau of Prisons:

BOP facility in New York or New Jersey .

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 2A — Imprisonment

Judgment—Page   4   of   9

DEFENDANT: SARA CARPENTER
CASE NUMBER: 21-cr-00305-JEB-1

## ADDITIONAL IMPRISONMENT TERMS

The defendant shall surrender on a date no earlier than 2/1/2024.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page   5   of   9

DEFENDANT: SARA CARPENTER
CASE NUMBER:  21-cr-00305-JEB-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

twenty-four (24) months   as to counts 1ss-2ss and twelve (12) months   as to counts 3ss-4ss, all to run concurrent.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | | Judgment—Page | 6 | of | 9 |

DEFENDANT: SARA CARPENTER
CASE NUMBER: 21-cr-00305-JEB-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page   7   of   9

DEFENDANT: SARA CARPENTER
CASE NUMBER: 21-cr-00305-JEB-1

## SPECIAL CONDITIONS OF SUPERVISION

While on supervision, you shall abide by the following mandatory conditions, as well as all discretionary conditions recommended by the probation office in Part D. Sentencing Options of the presentence report, which are imposed to establish the basic expectations for your conduct while on supervision. The mandatory conditions include:

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter, as determined by the court.
4. You must cooperate in the collection of DNA as directed by the probation officer.
5. You must make restitution in accordance with 18 USC §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.

You shall comply with the following special conditions:

Restitution Obligation – You must pay the balance of any restitution owed at a rate of no less than $75 each month upon release.

You are ordered to make restitution to the Architect of the Capitol in the amount of $2,000. Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement to the following victim:
$2000
Architect of the Capitol
Office of the Chief Financial Officer
Ford House Office Building, Room H2-205B
Washington, DC 20515

Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 5 — Criminal Monetary Penalties

Judgment — Page   8   of   9

DEFENDANT: SARA CARPENTER
CASE NUMBER: 21-cr-00305-JEB-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 280.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of the Court for the United States | | | |
| District Court for the District of Columbia | | | |
| for disbursement to the following victims: | | | |
| | | | |
| Architect of the Capitol | | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20215 | | | |
| Attn: Kathy Sherrill, CPA | | | |
| | | | |
| **TOTALS** | $   0.00 | $   2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
　　　　　　　　　　　 Sheet 6 — Schedule of Payments

Judgment — Page ___9___ of ___9___

DEFENDANT: SARA CARPENTER
CASE NUMBER: 21-cr-00305-JEB-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A　☑　Lump sum payment of $ __2,280.00__　　due immediately, balance due

　　　　☐　not later than _____ , or
　　　　☑　in accordance with　☐ C,　☐ D,　☐ E, or　☑ F below; or

B　☐　Payment to begin immediately (may be combined with　☐ C,　☐ D, or　☐ F below); or

C　☐　Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
　　　　_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D　☐　Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
　　　　_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
　　　　term of supervision; or

E　☐　Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
　　　　imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F　☑　Special instructions regarding the payment of criminal monetary penalties:
　　　　The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
　　　　Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
　　　　of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐　Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐　The defendant shall pay the cost of prosecution.

☐　The defendant shall pay the following court cost(s):

☐　The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.