ZANDRA L. LOPEZ
California State Bar No. 216567
Federal Defenders Of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Facsimile: (619) 687-2666
Zandra_Lopez@fd.org

Attorneys for Ms. Carpenter

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SARA CARPENTER,<br><br>　　　　　　Defendant. | CASE NO. 21cr0305-JEB<br><br>NOTICE OF ATTORNEY APPEARANCE |

Pursuant to implementation of the CM/ECF procedures in the U.S. District Court for the District of Columbia, Zandra L. Lopez and Federal Defenders of San Diego, Inc. files this Notice of Appearance as co-counsel in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 13, 2024　　　　　*s/ Zandra L. Lopez*
　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　Attorneys for Ms. Carpenter
　　　　　　　　　　　　　　　　　　Email: Zandra_Lopez@fd.org